IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY GLEN DAVIS,

    Plaintiff,

v.

JAMES A. SCHACHT,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-183-wmc

This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case for failure to state a claim upon which relief may be granted.

_____
Peter Oppeneer, Clerk of Court

6/2/10
Date